[Cite as *State v. Corpening*, 2018-Ohio-2678.]

## IN THE COURT OF APPEALS

## ELEVENTH APPELLATE DISTRICT

## ASHTABULA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | **MEMORANDUM OPINION** |
| Plaintiff-Appellee, | : | |
| | | **CASE NO. 2018-A-0041** |
| - vs - | : | |
| RICHARD THOMAS CORPENING, | : | |
| Defendant-Appellant. | : | |

Criminal Appeal from the Ashtabula Court of Common Pleas, Case No. 2003 CR 00106.

Judgment: Appeal dismissed.

*Nicholas A. Iarocci*, Ashtabula County Prosecutor, *Shelley M. Pratt,* Assistant Prosecutor, 25 West Jefferson Street, Jefferson, OH 44047-1092 (For Plaintiff-Appellee).

*Richard Thomas Corpening,* pro se, PID: A452-496, Marion Correctional Institution, P.O. Box 57, 940 Marion-Williamsport Road, Marion, OH 43301 (Defendant-Appellant).

TIMOTHY P. CANNON, J.

{¶1} On May 10, 2018, appellant, Richard Thomas Corpening, pro se, filed a notice of appeal and motion for leave to file a delayed appeal pursuant to App.R. 5(A). He appeals from the trial court's judgment of March 5, 2018 denying his motion to withdraw his guilty plea.

{¶2} Appellee, the state of Ohio, filed a response in opposition to appellant's pro se motion on May 18, 2018.

{¶3} App.R. 5(A) provides, in relevant part:

**{¶4}** "After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

**{¶5}** "(a) Criminal proceedings;

**{¶6}** "(b) Delinquency proceedings; and

**{¶7}** "(c) Serious youthful offender proceedings.

**{¶8}** "(2) A motion for leave to appeal shall be filed with the court of appeals and *shall set forth the reasons for the failure of the appellant to perfect an appeal as of right.* ***." (Emphasis added.)

**{¶9}** Appellant's motion does not set forth reasons for his delay in filing the appeal. Because the motion fails to meet a primary requirement in App.R. 5(A), it is procedurally defective and therefore overruled.

**{¶10}** Appeal dismissed.


CYNTHIA WESTCOTT RICE, J., concurs,

COLLEEN MARY O'TOOLE, J., dissents.

2